UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOBBI L. HOLZBERG,

   Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

   Defendant.

Case No. C09-5029BHS

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING MATTER

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 22). The Court having considered the Report and Recommendation and the remaining record, and no objections by Defendant having been filed, does hereby find and order:

(1)  The Court adopts the Report and Recommendation; and

(2)  This action is **REMANDED** to the Commissioner for further administrative proceedings in accordance with the findings contained in the Report and Recommendation.

DATED this 11th day of January, 2010.

           _____
           BENJAMIN H. SETTLE
           United States District Judge

ORDER