# United States District Court
WESTERN DISTRICT OF WASHINGTON

BOBBI L. HOLZBERG

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5029BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **REMANDED** to the Commissioner for further administrative proceedings in accordance with the findings contained in the Report and Recommendation.


 January 12, 2010                     BRUCE RIFKIN
Date                                  Clerk


                                       *s/CM Gonzalez*
                                      Deputy Clerk